UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06CR594-20 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| LAMAR PUGH, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on December 1, 2010. The Court referred this matter to Magistrate Judge Nancy A. Vecchiarelli to conduct appropriate proceedings and to file a Report and Recommendation. The Magistrate Judge reported that a supervised release violation hearing was held on January 6, 2011. The Magistrate Judge filed a Report and Recommendation on January 11, 2011, in which the Magistrate Judge recommended that the Court find that the defendant violated the terms of his supervised release and, further, recommended that the defendant be sentenced to 12 months and 1 day in prison, with a recommendation that he be placed in a drug treatment program, followed by a period of 24 months supervised release. No objections were filed to the Report and Recommendation.

The defendant and Attorney Edward G. Bryan appeared before this Court on February 18, 2011.

The Court finds the defendant in violation of the terms and conditions of his supervised release and the Court adopts the Report and Recommendation of the

Magistrate Judge.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of 12 months and 1 day, with a recommendation that he be placed in a drug treatment program, followed by a period of 24 months supervised release, subject to terms and conditions as set forth in the Court's Judgment Entry of even date.

**IT IS SO ORDERED**.


Dated: February 18, 2011

                                            **HONORABLE SARA LIOI**
                                            **UNITED STATES DISTRICT JUDGE**