**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO.1:06CR00594-020 |
| Plaintiff | ) | |
| | ) | Judge David D. Dowd, Jr. |
| - vs - | ) | |
| | ) | **O R D E R** |
| Lamar Pugh | ) | |
| | ) | |
| Defendant | ) | |

The defendant and his counsel, Darin Thompson appeared before this Court on June 27, 2012.

A report and recommendation was filed on May 2, 2012. See docket #1432. The Court adopts the report and recommendation of Magistrate Judge Nancy Vecchiarelli and finds the defendant in violation of his terms and conditions of supervised release as stated in the Violation Report.

IT IS ORDERED that the defendant be committed to the custody of the Bureau of Prisons for a period of five (5) months. Upon release from confinement the term of supervised release is terminated. The defendant is remanded to the custody of the United States Marshal.

| | |
|---|---|
| <u>June 28, 2012</u> | *s/David D. Dowd, Jr.* |
| Date | DAVID D. DOWD, JR. |
| | U. S. DISTRICT JUDGE |